**PETROLEUM HELICOPTERS, INC., and American Home Assurance Company, Petitioners,**

v.

**Mary E. BARGER and Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 90–4022.

United States Court of Appeals, Fifth Circuit.

Nov. 6, 1990.

Vance E. Ellefson, C. Theodore Alpaugh, III, Metairie, La., for petitioners.

Donald Shire, Sol. of Labor, U.S. Dept. of Labor NDOL, Washington, D.C., for respondents.

Mary Ellen Blade, Beckenstein, Oxford, Radford & Johnson, Beaumont, Tex., for Mary E. Barger.

Joshua T. Gillelan, II, Office of the Sol. of Labor, Washington, D.C., Benefits Review Bd., U.S. Dept. of Labor, for director.

---

* This decision is being made by a quorum. *See* 28 U.S.C. § 46(d).

Before CLARK, Chief Judge, GEE, POLITZ, KING, JOHNSON, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHE, WIENER and BARKSDALE, Circuit Judges.

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

(Opinion September 4, 1990, 5 Cir., 1990, 910 F.2d 276)

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc without oral argument. The Clerk will specify a briefing schedule for the filing of supplemental briefs.